No. 92–717. SISSLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–751. SNOHOMISH COUNTY ET AL. *v.* LUTHERAN DAY CARE. Sup. Ct. Wash. Certiorari denied.

No. 92–752. VARAH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–755. FIRST NATIONAL LIFE INSURANCE CO. *v.* SUNSHINE-JR. FOOD STORES, INC. C. A. 11th Cir. Certiorari denied.

No. 92–796. ODOM *v.* LEWIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–816. D. R., A MINOR CHILD, BY HER PARENT AND NATURAL GUARDIAN, L. R., ET AL. *v.* MIDDLE BUCKS AREA VOCATIONAL TECHNICAL SCHOOL ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–841. CITY OF EL MONTE, CALIFORNIA *v.* RHODES. C. A. 9th Cir. Certiorari denied.

No. 92–850. TEAGUE ET AL. *v.* EMPLOYERS REINSURANCE CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–853. SANDERS CONFECTIONERY PRODUCTS INC. ET AL. *v.* HELLER FINANCIAL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–857. DILLARD *v.* SECURITY PACIFIC CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–858. MCLEOD *v.* MCLEOD. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–861. RIDER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.